_____

No: 13-2045
_____

William Murr

Plaintiff - Appellant

v.

Midland National Life Insurance Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:10-cv-00369-JAJ)
_____

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 15, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans