# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2045

William Murr

Appellant

v.

Midland National Life Insurance Company

Appellee

___

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:10-cv-00369-JAJ)

___

**MANDATE**

In accordance with the opinion and judgment of 07/15/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 05, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit