# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

SHARPE HOLDINGS, INC., et al.,
    Plaintiffs-Appellees,

v.                                                                                                        No. 14-1507

U.S. DEP'T OF HEALTH & HUMAN SERVS., et al.,
    Defendants-Appellants.

_____

## STATUS REPORT

The Departments file this status report pursuant to this Court's order of March 1, 2017. The Departments respectfully request that the Court take no action at this time, to allow leadership personnel adequate time to consider the issues. The Departments will submit their next status report 60 days from today's date, on June 30, 2017.

                                                                        Respectfully submitted,

                                                                        MARK B. STERN
                                                                        ALISA B. KLEIN
                                                                        PATRICK G. NEMEROFF
                                                                         */s/ Joshua Salzman*
MAY 2017                                                   JOSHUA M. SALZMAN
                                                                              202-532-4747
                                                                               *Attorneys, Appellate Staff*
                                                                               *Civil Division*
                                                                               *U.S. Department of Justice*
                                                                               *950 Pennsylvania Ave., NW, Rm. 7258*
                                                                              *Washington, DC 20530*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Joshua Salzman*
JOSHUA M. SALZMAN