# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. Robert A. Christenson

**FROM:** Lisa M. Tobias, Case Manager

**DATE:** July 13, 2017

**RE:** 17-2130  Kieshia Mace v. Corey Willis, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

  X    REFERENCES TO THE RECORD.
      X    References to the record in civil cases must be made to the Appendix page number(s)
      ____ References to the record in criminal cases must be made to district court docket number and, if a party wishes, to specific page number(s) within the document.

  X    SCANNED VERSIONS ARE NOT ACCEPTABLE AS THE ELECTRONIC VERSION OF THE BRIEF. SEE 8th CIR. R. 28A(h)(3). PLEASE PROVIDE A DIRECT PDF CONVERSION FROM YOUR WORD PROCESSING DOCUMENT.   Contact us if you need assistance.

  X    DETACH ADDENDUM AND SUBMIT ADDENDUM SEPARATELY USING ADDENDUM SUBMITTED EVENT

  X    APPEARANCE FORM MUST BE RESUBMITTED.  DOCUMENT ATTACHED TO APPEARANCE SUBMISSION IS CORPORATE DISCLOSURE STATEMENT NOT THE APPEARANCE FORM

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.